UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARIA VARGAS,

        Plaintiff,

vs.                                2:12-cv-00145-GMN-RJJ

WELLS FARGO BANK, *et al.*,

        Defendants.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to F.R.Cv.P. 4(m),

**IT IS THEREFORE ORDERED** that the action is hereby dismissed without prejudice as to the defendant National Default Servicing Corporation.

Dated: July 11, 2012

_____
GLORIA M. NAVARRO
United States District Judge