WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Chelsea A. Crowton, Esq.
Nevada Bar No. 011547
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
(702) 475-7965; Fax: (702) 946-1345
ccrowton@wrightlegal.net
*Attorneys for Defendants,*
*WELLS FARGO BANK, N.A., incorrectly named as WELLS FARGO BANK doing business as AMERICA'S SERVICING COMPANY, and Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA VARGAS, IN PRO PER,<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, doing business as AMERICA'S SERVICING COMPANY, and as successor in interest for FIRST NATIONAL BANK OF ARIZONA; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., a Delaware Corporation; NATIONAL DEFAULT SERVICING CORPORATION; a foreign corporation; DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00145-GMN-RJJ<br><br>**DEFENDANTS, WELLS FARGO BANK, N.A.. incorrectly named as WELLS FARGO BANK dba AMERICA'S SERVICING COMPANY AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S, NOTICE OF DISASSOCIATION OF ATTORNEY DONNA M. OSBORN** |

The Defendants, Wells Fargo Bank, N.A., incorrectly named as Wells Fargo Bank doing business as America's Servicing Company, and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"), by and through their attorneys of record at the law firm Wright, Finlay & Zak, LLP, hereby present this Notice of Disassociation of Counsel. Donna M. Osborn, Esq., is no longer an attorney associated with Wright, Finlay & Zak, LLP.

Defendants request that Robin Prema Wright, Esq., and Chelsea A. Crowton, Esq., receive all future Notices, and that Donna M. Osborn no longer receives Notices in this matter.

DATED this 2nd day of August, 2012.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATE: AUG. 7, 2012

WRIGHT, FINLAY & ZAK, LLP

_____
Robin Prema Wright, Esq.
Nevada Bar No. 009296
Chelsea A. Crowton, Esq.
Nevada Bar No. 011547
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorney for Defendants,*
*WELLS FARGO BANK, N.A., incorrectly named as WELLS FARGO BANK doing business as AMERICA'S SERVICING COMPANY, and Mortgage Electronic Registration Systems, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that on this 2nd day of August, 2012, I electronically served the foregoing **DEFENDANTS, WELLS FARGO BANK, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (MERS), U.S. BANK NATIONAL ASSOCIATION, AND AMERICA'S SERVICING COMPANY'S, NOTICE OF DISASSOCIATION OF ATTORNEY DONNA M. OSBORN** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing, and by depositing a true copy of above-stated documents in the United States Mail, prepaid postage, at Las Vegas, Nevada, addressed to the following:

Maria Vargas
9431 Haven Avenue, Suite 215
Rancho Cucamonga, CA 91730
*Plaintiff in Proper Person*

_____
An Employee of WRIGHT, FINLAY & ZAK, LLP